U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
**Apr 25 - 2025**
John M. Domurad, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    1:25-CR-__179__ (__PJE__) |
| | ) | |
| v. | ) | **Information** |
| | ) | |
| **AKEEL ABDUL JAMIEL,** | ) | Violation:    18 U.S.C. § 611 |
| | ) | [Voting by Aliens] |
| | ) | |
| | ) | One Count |
| | ) | |
| **Defendant.** | ) | County of Offense:    Saratoga |

## THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**[Voting by Aliens]**

On or about November 3, 2020, in Saratoga County in the Northern District of New York, the defendant, **AKEEL ABDUL JAMIEL**, an alien, fully knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

Dated:  April 24, 2025

By:  _/s/ John A. Sarcone III_

John A. Sarcone III
United States Attorney
Bar Roll No. 706285